CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 3 0 2009

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

BRENDON LAMONT GANNON, SR., )
　)
　　Plaintiff, )  Case No. 7:09CV00066
　)
v. )
　)  **FINAL ORDER**
SUPERINTENDENT ALYERS, <u>ET</u> <u>AL</u>., )
　)  By: Glen E. Conrad
　　Defendant(s). )  United States District Judge
　)

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that this civil rights action, pursuant to 42 U.S.C. § 1983, is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and is stricken from the active docket of the court.

ENTER: This 30th day of March, 2009.

　　　　　　　　　　　　　　　/s/ Glen E. Conrad
　　　　　　　　　　　　　　　United States District Judge